IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOHN MURRAY BARRY,<br><br>　　　　　　Defendants. | CR 19–49–M–DLC<br><br><br>ORDER |

Before the Court is the Government's Unopposed Motion to Dismiss Forfeiture Items referred to in the Indictment and Plea Agreement. (Doc. 111.) The Government has learned that all items associated with Barry have already been administratively forfeited.

IT IS ORDERED that the Motion (Doc. 111) is GRANTED. All items associated with Defendant Barry are dismissed as items of forfeiture.

DATED this 1st day of July, 2020.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Dana L. Christensen, District Judge
　　　　　　　　　　　　　　　　United States District Court